IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STACEY BROWN | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-cv-00045 |
| | § | |
| SCOTT AND WHITE MEMORIAL | § | |
| HOSPITAL D/B/A BAYLOR SCOTT | § | |
| AND WHITE MCLANE CHILDREN'S | § | |
| MEDICAL CENTER | § | |
| | § | |
| *Defendant.* | § | |

## THE PARTIES' JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES JUDGE ALAN D. ALBRIGHT:**

COME NOW Plaintiff, Stacey Brown and Defendant, Scott and White Memorial Hospital d/b/a Baylor Scott and White McLane Children's Medical Center, in the above-styled and numbered cause, and hereby provide the Court with notice that the parties have reached a settlement in the above-entitled case. The parties are working diligently to draft and execute the necessary settlement documents. As soon as the settlement process is finalized, the parties will file a stipulation of dismissal with prejudice and a proposed Final Judgment.

Document Number: 4735278

Respectfully submitted,

By: */s/R. Chad Geisler*
Ryan Bueche (Lead Counsel)
State Bar No. 24064970
rbueche@germer-austin.com
R. Chad Geisler (Associate Counsel)
State Bar No. 00793793
cgeisler@germer-austin.com

GERMER BEAMAN & BROWN PLLC
301 Congress Ave, Suite 1700
Austin, Texas 78701
(512) 472-0288
(512) 472-9280 (Fax)

**ATTORNEYS FOR DEFENDANT**

By: */s/ Lia S. Davis*
LIA S. DAVIS
State Bar No. 24071411
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
Email: ldavis@drtx.org

HEATHER M. GILBERT
*Admitted Pro Hac Vice*
Minnesota State Bar No. 392838
GILBERT LAW PLLC
4856 Banning Avenue
St. Paul, MN 55110
(651) 340-9642 (phone)
(651) 344-0835 (fax)
Email: heather@gilbertlawpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 28, 2020, the undersigned served all counsel of record in this case *via* CM/ECF in compliance with the Federal Rules of Civil Procedure:

                                    */s/ R. Chad Geisler*
                                    R. Chad Geisler