IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STACEY BROWN § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 6:19-cv-00045 |
| § | |
| SCOTT AND WHITE MEMORIAL § | |
| HOSPITAL D/B/A BAYLOR SCOTT § | |
| AND WHITE MCLANE CHILDREN'S § | |
| MEDICAL CENTER § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. Plaintiff Stacey Brown filed this action on February 11, 2019. *See* Clerk's Dkt. No. 1. Thereafter, the Defendant Scott and White Memorial Hospital d/b/a Baylor Scott and White McLane Children's Medical Center filed an Answer. *See* Clerk's Dkt. No. 13. On July 23, 2020, the Parties filed a Joint Motion to Dismiss with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41, the Court dismisses with prejudice all of the claims and counterclaims asserted or that could have been asserted in the above-entitled lawsuit, and the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that the case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the parties shall bear their own attorneys' fees and court costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED.**

**SIGNED** this 23rd day of July, 2020.

                                              ALAN D ALBRIGHT
                                              **UNITED STATES DISTRICT JUDGE**